IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| 150P13 | State v. Garnel Wade Franklin | Def's PDR Under N.C.G.S. § 7A-31 (COA12-851) | Denied |
| 158P13 | Independent Technologies, Inc. v. Charles Martin<br><br>Charles Martin, Third Party Plaintiff v. Gary's Independent Technologies, Inc., Third Party Defendant | 1. Plaintiff And Third Party Defendant's NOA Based Upon a Constitutional Question (COA12-872)<br><br>2. Plaintiff and Third Party Defendant's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 162P13 | State v. David Coston Bradsher | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1010) | Denied |
| 168P13 | State v. Charles Bruce Watson | 1. Def's *Pro Se* Motion for NOA (COAP12-385)<br><br>2. Def's *Pro Se* Motion for PDR<br><br>3. Def's *Pro Se* PWC to Review the Order of the COA | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed<br><br>3. Dismissed |
| 173P13 | In the Matter of: The Appeal of: Blue Ridge Housing of Bakersville LLC from the Decision of the Mitchell County Board of Equalization and Review Denying Property Tax Exemption for Certain Property Effective for Tax Year 2011 | 1. Mitchell County's NOA Based Upon a Constitutional Question (COA12-941)<br><br>2. Mitchell County's PDR Under N.C.G.S. § 7A-31<br><br>3. Taxpayer's (Blue Ridge Housing of Bakersville, LLC) Motion to Dismiss Appeal | 1. - - -<br><br><br>2. Allowed<br><br>3. Allowed |
| 183P13 | Foreclosure of Real Property Under Deed to Trust from Robert T. Perry, Willoree L. Perry, in the original amount of $92,500.00, and dated August 31, 2005 and recorded on September 6, 2005 in Book 4942 at page 901, Durham County Registry Trustee Services of Carolina, LLC, Substitute Trustee | Respondent's PDR Under N.C.G.S. § 7A-31 (COA12-944) | Denied |